UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20083
Summary Calendar
_____

JO ANN BOWEN RUSSU,

Plaintiff-Appellant,

versus

THE CITY OF HOUSTON,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-4040)
_____

November 17, 1997

Before SMITH, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Jo Ann Bowen Russu appeals a summary judgment dismissing her gender and retaliation claims under Title VII of the Civil Rights Act of 1964, as amended, and her age and retaliation claims under the Age Discrimination in Employment Act of 1967, as amended. Pursuant to our *de novo* review of the record, we **AFFIRM** for essentially the reasons stated in the district court's opinion

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

granting summary judgment.  *See* ***City of Houston v. Russu***, No. H-95-CV-4040 (S.D. Tex. Dec. 24, 1996) (unpublished).

*AFFIRMED*